IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>            Petitioner,<br><br>   vs.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>            Respondent(s). | No. C 09-00823 JW (PR)<br><br>ORDER OF DISMISSAL WITH LEAVE TO AMEND; GRANTING EXTENSION OF TIME TO PAY FILING FEE OR FILE *IN FORMA PAUPERIS* APPLICATION |

On February 25, 2009, petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the clerk of the court sent a notice to petitioner that he must either submit an application to proceed in forma pauperis or pay the filing fee within thirty days or the action would be dismissed. On April 8, 2009, petitioner filed a notice with the Court stating that he had submitted the in forma pauperis application to the Prison Trust Account office on March 6, 2009. To date the Court has not received a completed in forma pauperis application from petitioner nor payment of the filing fee. In the interest of justice, petitioner is granted an extension of **thirty (30) days** from the date of this order to either pay the filing fee or file a complete in forma pauperis application with the necessary documents.

Order of Dismissal with Leave to Amend; Granting Ext. of Time to Pay Filing Fee or File IFP
P:\PRO-SE\SJ.JW\HC.09\Fresquez00823_dwlta&ifpext.wpd

Furthermore, the Court notes that the petition is missing important information concerning petitioner's conviction, sentence, and exhaustion of state remedies. Accordingly, the petition is DISMISSED with leave to amend. Petitioner shall file an AMENDED PETITION using the court's form petition, to provide all the necessary information for this matter to proceed. The amended complaint must include the caption and civil case number used in this order and the words "AMENDED COMPLAINT" on the first page and write in the case number for this action, Case No. C 09-00823 JW ( PR). Because an amended complaint completely replaces the original complaint, plaintiff must include in it all the claims he wishes to present. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992). Plaintiff may not incorporate material from the original complaint by reference.

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

The Clerk shall include two copies of the court's form petition and two copies of the In Forma Pauperis Application with a copy of this order to petitioner.

DATED: June 30, 2009

JAMES WARE
United States District Judge

Order of Dismissal with Leave to Amend; Granting Ext. of Time to Pay Filing Fee or File IFP
P:\PRO-SE\SJ.JW\HC.09\Fresquez00823_dwlta&ifpext.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOUIS RICHARD FRESQUEZ,

        Petitioner,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

Case Number: CV09-00823 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/6/2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis Richard Fresquez E-26812
California Substance Abuse Treatment and State Prison
P. O. Box 7100
Corcoran, CA 93212

Dated: 7/6/2009

/s/ Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk