IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>  Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Respondent.<br> _____ / | No. C 09-00823 JW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br><br><br><br><br>(Docket No. 5) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 6, 2009, the petition was dismissed with leave to amend within thirty days of the order of dismissal.  Petitioner was also directed to file a completed in forma pauperis application within the same time.  Petitioner now requests an extension of time to do so.  Good cause appearing, petitioner's request (Docket No. 5) is GRANTED.  Petitioner shall file an amended complaint and a complete in forma pauperis application **no later than September 4, 2009**.

**FAILURE TO FILE AN AMENDED PETITION IN THE TIME PROVIDED WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

DATED:  August 13, 2009

JAMES WARE
United States District Judge

Order Granting Motion for Extension of Time
P:\PRO-SE\SJ.JW\HC.09\Fresquez00823_AC-ifp-ext.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent.                              / | Case Number: CV09-00823 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___8/14/2009___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis Richard Fresquez E-26812
California Substance Abuse Treatment and State Prison
P. O. Box 7100
Corcoran, CA 93212


Dated:    8/14/2009

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk